AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Raye Santos<br>(Name of Defendant) | JUDGMENT INCLUDING SENTENCE<br>UNDER THE SENTENCING REFORM ACT<br><br>Case Number: 6:05M00056-01<br><br>Carrie Leonetti, A.F.D.<br>Defendant's Attorney |

**THE DEFENDANT:**

[x]  Pleaded guilty to count(s) one                                          .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Possession of Controlled Substance, Methamphetamine | One | 03/20/2005 |

*The defendant is sentenced as provided in pages 2 through  3  of this Judgment.*

[X]  The mandatory special assessment imposed by this Judgment is $10, payable [X] forthwith, to the Clerk of Court, through the U.S. Probation Office.

[X]  No fine is imposed by this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  Any alleged probation violations are to be lodged with the Duty Magistrate at the U.S. District Court in Fresno, CA.*

| | |
|---|---|
| *Defendant's Soc. Sec. Number:*<br><br>XXX-XX-8049<br><br>*Defendant's mailing address:*<br><br>P.O. Box 857<br>Yosemite, CA  95389<br><br>*Defendant's residence address:*<br>(including County of residence)<br><br>P.O. Box 857<br>Yosemite, CA   (Mariposa County) | June 28, 2005<br>*Date of Imposition of Sentence*<br><br>/s/ William M. Wunderlich<br>*Signature of Judicial Officer*<br><br>William M. Wunderlich<br>U.S. Magistrate Judge<br>*Name and Title of Judicial Officer*<br><br>*Date*:  July 1, 2005 |

*Defendant:*  Ray Santos
*Case Number:*  05-0056

### PROBATION

*The defendant is hereby placed on Supervised Probation for a term of:*

12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm or destructive device and shall not illegally possess a controlled substance.*

*The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.*

*The defendant shall also comply with the standard conditions that have been adopted by this court (set forth on the following page) and shall comply with the following additional conditions:*

1.  The defendant shall submit to the search of her person, property, home and vehicle by a U.S. Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

4.  The defendant shall complete 50 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed within the first six months of supervision.

AO 245S Modified (3/90) Sheet 7 - Standard Conditions of Probation   Case 6:05-mj-00056-WMW   Document 8   Filed 07/01/05   Page 3 of 3

Judgment--Page 3 of 3

*Defendant:* Raye Santos
*Case Number:* 05-0056

### STANDARD CONDITIONS OF SUPERVISION

*While the defendant is on probation or supervised release pursuant to this Judgment:*

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risk that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

*These conditions are in addition to any other conditions imposed by this Judgment.*